1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California  94611
3  Telephone:  510-583-9622
   Facsimile: 510-886-7218
4
   Attorney for Ricardo SANCHEZ GUTIERREZ
5

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9              SAN FRANCISCO DIVISION

10

11
   UNITED STATES OF AMERICA,        )   NO.: CR 12-0634 WHA
12                                  )
                                    )
13        Plaintiff,                )   **STIPULATION AND PROPOSED**
                                    )   **ORDER CONTINUING STATUS**
14                                  )   **HEARING DATE**
          vs.                       )
15                                  )
                                    )
16 RICARDO SANCHEZ GUTIERREZ,       )
                                    )
17        Defendant.                )

18

19                    **STIPULATION**
   The parties stipulate as follows:
20
21 1.  Mr. Sanchez Gutierrez has not completed his review of the discovery as assisted by a

22     Spanish language interpreter as counsel believes is necessary for the preparation of Mr.

23     Sanchez Gutierrez's defense. Additionally, Government counsel is seeking approval for a

24     proposed Plea Agreement to present to Mr. Sanchez Gutierrez.

25 2.  In light of the need for additional time to accomplish the above, counsel for the

26     Government has no objection to this matter being continued until November 6, 2012, at

27     2:00 p.m.

28

3. The parties further stipulate and agree that the time between October 23, 2012 and November 6, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: October 22, 2012

*-S-*
_____
J. MARK KANG
Assistant United States Attorney

DATED: October22, 2012

*-S-*
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant

- 2 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: CR 12-0634 WHA |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| RICARDO SANCHEZ GUTIERREZ, | ) | |
| Defendant. | ) | |

The Court hereby ORDERS that the Status Hearing scheduled for October 23, 2012 be vacated and rescheduled for November 6, 2012, at 2:00 p.m. Time shall be excluded from October 22, 2012 through November 6, 2012 to facilitate the effective preparation of counsel.

DATED:  October 22, 2012.



Hon.
United
Judge William Alsup

- 3 -