JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California   94611
Telephone:  510-583-9622
Facsimile: 510-886-7218

Attorney for Ricardo SANCHEZ GUTIERREZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 12-0634 WHA |
| Plaintiff, ) | **STIPULATION AND PROPOSED ORDER CONTINUING PRETRIAL CONFERENCE DATE** |
| vs. ) | |
| RICARDO SANCHEZ GUTIERREZ, ) | |
| Defendant. ) | |

**STIPULATION**

The parties stipulate as follows:

1. Mr. Sanchez-Gutierrez and the Government have reached agreements on a number of issues likely to be raised at the trial of this matter.

2. It is expected that the trial will essentially consist of the Government seeking the admission into evidence the stipulations agreed to by the parties which establish the elements of the Government's case followed by defendant's case-in-chief.

3. It does not appear that the parties have any substantial disagreements about the issues likely to arise that would merit a lengthy Pretrial Conference. It is also likely that Mr.

Sanchez-Gutierrez may waive jury trial and opt to have the Court be the trier of fact.

4. Counsel for Mr. Sanchez-Gutierrez has a possibly conflicting matter in Immigration Court on December 17, 2012.

5. AUSA Kang has no objection to this matter being continued one day to December 18, 2012, at 9:00 a.m.

6. The parties agree that the time between December 17, 2012 and December 18, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: December 14, 2012

-S-
_____
J. MARK KANG
Assistant United States Attorney

DATED: December 14, 2012

-S-
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: CR 12-0634 WHA |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| RICARDO SANCHEZ GUTIERREZ, | ) | |
| Defendant. | ) | |

The Court hereby ORDERS that the Pretrial Conference scheduled for December 17, 2012 be vacated and rescheduled for December 18, 2012, at 9:00 a.m. Time shall be excluded from December 17, 2012 through December 18, 2012 to facilitate the effective preparation of counsel.

DATED: December 14, 2012.



Judge William Alsup